# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BATTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D DIMMER, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01532-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO ADDRESS NOTICE OF RELATED CASE<br><br>(ECF No. 2)<br><br>**DEADLINE: FOURTEEN (14) DAYS** |

　　　　On November 3, 2023, this action was removed from the Superior Court of California, County of Kings. (ECF No. 1.) On the same date, Defendants filed a notice of related cases, proffering this action is related to <u>Batton v. Zarate</u>, Case No. 1:21-cv-00571-JLT-CDB. (ECF No. 2.) The filing indicates that the cases are related and would benefit from being assigned to the same District and Magistrate Judges. Given the filing is not in the form of a motion or request, and in advance of the scheduling conference, the Court shall order Plaintiff to either indicate opposition to potential reassignment of this action to Magistrate Judge Baker, or whether the parties agree to such reassignment.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of entry of this order, Plaintiff shall file a notice indicating whether they oppose or agree that this action should be reassigned to the same Magistrate Judge as Case No. 1:21-cv-00571-JLT-CDB.

IT IS SO ORDERED.

Dated: __**December 19, 2023**__   _____
UNITED STATES MAGISTRATE JUDGE