UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BATTON,<br><br>       Plaintiff,<br><br>    v.<br><br>D. DIMMER, *et al.*,<br><br>       Defendants. | Case No. 1:23-cv-01532-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE <u>AS MODIFIED</u><br><br>(Doc. 19) |

On January 18, 2024, the Court issued an order consolidating the actions denominated as *Batton v*. Zarate, et al., No. 1:21-cv-00571-JLT-CDB and *Batton v. Dimmer, et al.*, No. 1:23-cv-01532-JLT-CDB. (Doc. 12). On February 16, 2024, Counsel for Plaintiff filed a suggestion of death of Plaintiff Mario Batton pursuant to Federal Rule of Civil Procedure 25(a)(1). (Doc. 16).

Pending before the Court is the parties' stipulated request to continue the scheduling conference. (Doc. 19). Counsel for Plaintiff requests additional time to investigate whether representation of one or more identified substitutes is feasible and appropriate. *Id*. at 2.

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

    1. The April 3, 2024, scheduling conference is continued to April 17, 2024, <u>at 10:30 AM</u> before Magistrate Judge Christopher D. Baker. The parties shall refile a joint

scheduling report at least one week prior to the conference; and

2. Any motion or stipulated request to substitute Plaintiff shall be filed before the April 17, 2024, scheduling conference.

IT IS SO ORDERED.

Dated: __March 25, 2024__               _____
                                         UNITED STATES MAGISTRATE JUDGE