1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| MARIO BATTON,<br><br>             Plaintiff,<br><br>     v.<br><br>D. DIMMER, *et al*.<br><br>            Defendants. | Case No. 1:23-cv- 1532 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(A)(1), AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 29) |

17

18

19

20

21

22

23

24

Mario Batton sought to hold the defendants liable for violations of his civil rights while incarcerated at SATF Corcoran.  (*See* Doc. 1.) After first reporting Plaintiff passed away in a Joint Scheduling Report, counsel for Plaintiff filed a "Suggestion of Death Upon the Record" pursuant to Rule 25 of the Federal Rules of Civil Procedure on February 16, 2024.  (Doc. 16.) Plaintiff's counsel identified a potential successor-in-interest as Bridgette Givens, Plaintiff's spouse, and served her with the Notice and Suggestion of Death, Notice of Removal, the operative pleadings in the case, and additional legal documents related to the pending action on April 24, 2024.  (Doc. 26.)

25

26

27

28

After neither Ms. Givens nor any other party filed a motion for substitution, the assigned magistrate judge recommended this action be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1).  (Doc. 29).  The magistrate judge found that because a motion for substitution was not filed within the applicable 90-day period, Plaintiff's claims must be dismissed.  (*Id*. at 3.)

1    The Court served the Findings and Recommendations on the parties and notified them that

2  any objections were due within 14 days.  (Doc. 29 at 4.) The Court advised all parties the "failure

3  to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*,

4  citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  No objections were filed.

5    According to 28 U.S.C. § 636(b)(1), this Court performed *a de novo* review of this case.

6  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

7  are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

8    1.  Findings and Recommendations dated July 29, 2024 (Doc. 29) are **ADOPTED** in full.

9    2.  This case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 25(a)(1).

10   3.  The Clerk of Court is directed to close this case.

11

12 IT IS SO ORDERED.

13   Dated:   **August 16, 2024**

UNITED STATES DISTRICT JUDGE

2